# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Lateice Renee Bumpers, | { | CASE NO. 14-50682-WLH |
| | { | |
| DEBTOR. | { | |

## NOTICE OF HEARING

     PLEASE TAKE NOTICE that Debtor has filed a "Motion to Extend the Automatic Stay," and related papers with the Court seeking an order continuing the Automatic Stay of 11 U.S.C. Section 362(a) beyond the thirty day limit set forth in 11 U.S.C. Section 362(c)(3)(A) as to all applicable entities until such time as the Court grants relief from the stay for cause, or the stay is terminated pursuant to 11 U.S.C. Section 362(c)(1) or (2).

     PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Extend Automatic Stay in Courtroom **1403**, United States Courthouse 75 Spring Street, S.W., Atlanta, GA at **10:00 AM** on **January 29, 2014**.

     Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: January 16, 2014

                                                                                            /s/
                                                                                 Jonathan Proctor
                                                                                 GA Bar No. 890603
                                                                                 Robert J. Semrad & Associates
                                                                                 Suite 3600
                                                                                 101 Marietta St.
                                                                                 Atlanta, GA 30303

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                              {       CHAPTER 13
                                    {
   Lateice Renee Bumpers,           {       CASE NO. 14-50682-WLH
                                    {
   DEBTOR.                          {

**MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW Debtor, Lateice Renee Bumpers, and asks this Court to extend the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case beyond the period of thirty (30) days against all Creditors and shows the Court the following:

1.

On January 8, 2014, Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed one previous Chapter 13 bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3). Debtor's previous case, Case No. 13-61161, was filed on May 21, 2013. In the previous case, Debtor's confirmation was denied for failure to fund plan. This resulted in the dismissal of Debtor's previous Chapter 13 case.

3.

Debtor filed the instant case in good faith in an effort to save her house and vehicles from foreclosure and repossession. The house is necessary to provide the Debtor with adequate shelter. The vehicles are necessary to provide Debtor with transportation. Extension of the automatic stay will prevent Debtor from losing her house and vehicle.

4.

There has been a change in circumstances since the previous case was dismissed. During the last case, the Debtor lost her job, and she was unable to make her plan payments. Debtor has a new job and she is able to make her plan payments. Debtor's schedules reflect the ability to support the Chapter 13 payments.

5.

Extension of the automatic stay will not harm the creditors. In the instant case, Debtor has proposed to pay $1200.00 per month through the Chapter 13 Plan, and pay a pro rata share of $5,000.00 to unsecured creditors.

6.

Debtor has filed the instant case in good faith. Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay. Debtor asks the Court to allow her the opportunity to be successful in her current Chapter 13 case in order to retain her house and vehicles.

WHEREFORE, Debtor prays that this motion be Granted and that the automatic stay of 11 U.S.C. Section 362(a) be extended beyond thirty (30) days against all creditors.

Dated: January 16, 2014

/s/
Jonathan Proctor
GA Bar No. 890603
Robert J. Semrad & Associates
Suite 3600
101 Marietta St.
Atlanta, GA 30303

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Lateice Renee Bumpers, | { | CASE NO. 14-50682-WLH |
| | { | |
| DEBTOR. | { | |

## CERTIFICATE OF SERVICE

I, Jonathan Proctor , attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

**Nancy J. Whaley**
Chapter 13 Trustee
303 Peachtree Center Ave
Suite 120
Atlanta, GA  30303

**Lateice Renee Bumpers**
1823 Springhill Cove
Lithonia, GA  30058

*(See attached for additional mailing list)*

Dated: January 16, 2014

                                               /s/
                                               Jonathan Proctor
                                               GA Bar No. 890603
                                               Robert J. Semrad & Associates
                                               Suite 3600
                                               101 Marietta St.
                                               Atlanta, GA 30303

```
Label Matrix for local noticing        Aaron's Sales and Lease              Afni, Inc
113E-1                                  5370 Stone Mountain Hwy              Po Box 3097
Case 14-50682-wlh                       Ste 100                              Bloomington, IL 61702-3097
Northern District of Georgia            Stone Mountain, GA 30087-3577
Atlanta
Thu Jan 16 11:34:18 EST 2014

(p)AMERICREDIT                          Craig Z. Black                       Lateice Renee Bumpers
PO BOX 183853                           Robert J. Semrad & Associates, LLC   1823 Springhill Cove
ARLINGTON TX 76096-3853                 Suite 3600                           Lithonia, GA 30058-7013
                                        101 Marietta Street
                                        Atlanta, GA 30303-2716

Condor Capital Copr                     Credit Acceptance                    Dekalb Medical
165 Oser Ave                            c/o Brian Glasscock                  PO Box 116235
c/o Patricia Yasparro                   PO Box 192585                        Atlanta, GA 30368-6235
Hauppauge, NY 11788-3710                Dallas, TX 75219-8523

Department of Justice, Tax Div          First Premier Bank                   (p)GEORGIA DEPARTMENT OF REVENUE
Civil Trial Section, Southern           601 S Minnesota Ave                  COMPLIANCE DIVISION
PO Box 14198; Ben Franklin Sta          Sioux Falls, SD 57104-4868           ARCS BANKRUPTCY
Washington, DC 20044-4198                                                    1800 CENTURY BLVD NE SUITE 9100
                                                                             ATLANTA GA 30345-3202

Holloway Credit Solutions               I.C. System Inc.                     Internal Revenue Service
1286 Carmichael Way                     P.O. Box 64378                       401 W Peachtree St. NW
Montgomery, AL 36106-3645               St Paul, MN 55164-0378               Stop 334-D
                                                                             Atlanta, GA 30308

Internal Revenue Service                Jason Goodwin                        Kross, Liebrman & St
P.O. Box 7346                           1823 Springhill Cove                 1110 Navaho Dr.
Philadelphia, PA 19101-7346             Lithonia, GA 30058-7013              Raleigh, NC 27609-7352

(p)MARLIN MEDCLR INOVISION              Office of the Attorney General       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
507 PRUDENTIAL ROAD                     40 Capitol Square, SW                PO BOX 41067
HORSHAM PA 19044-2308                   Atlanta, GA 30334-9057               NORFOLK VA 23541-1067

Santander Consumer Usa                  Shapiro & Swertfeger, LLP            Special Assistant U.S. Attorne
Po Box 961245                           2872 Woodcock Blvd, Duke Bldg.       401 W. Peachtree Street, NW
c/o Annette King                        Suite 100                            STOP 1000-D, Suite 600
Ft Worth, TX 76161-0244                 Atlanta, GA 30341-4015               Atlanta, GA 30308

U S Dept Of Ed/Gsl/Atl                  United States Attorney's Offic       Wells Fargo Hm Mortgag
Po Box 4222                             75 Spring Street, S.W.               8480 Stagecoach Cir
c/o Ronee Moshier                       Suite 600 U.S. Courthouse            c/o Delaycee Rowland,
Iowa City, IA 52244                     Atlanta, GA 30303-3315               Fort Mill, SC 29715


Nancy J. Whaley
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit<br>801 Cherry St 3900<br>Fort Worth, TX 76102 | Georgia Department of Revenue<br>c/o A. Robinson<br>1800 Century Blvd  Suite 17200<br>Atlanta, GA 30321 | Nco Financial<br>Po Box 13584<br>Philadelphia, PA 19101 |
| Portfolio Recovery Associates<br>PO Box 41067<br>c/o Ashley A Woerheide<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total                 27 | |