UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LATEICE RENEE BUMPERS | : | CASE NUMBER A14-50682-WLH |
| DEBTOR | : | JUDGE HAGENAU |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible.  11 U.S.C. 1325(a)(6).

2.

The Trustee requests proof of the nurse expense in the amount of $678.00; proof of auto insurance in the amount of $350.00; and proof of the lease expense in the amount of $147.00 in order to determine the accuracy and veracity of the plan and/or Schedules.  11 U.S.C. 521(1), 1325(a)(3), 1325(b)(1)(B).

3.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

4.

Pursuant to Debtor's testimony, Debtor expects a tax refund of $3,386.00.  This is projected disposable income that could be contributed to Debtor's plan for the benefit of creditors.  The Trustee requests that the Debtor turn said funds over to the Trustee to be distributed to creditors unless the Court orders otherwise.

5.

The Debtor has failed to provide to the Trustee a copy of the last tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A). (2013)

6.

The Chapter 13 plan proposes to pay $4,300.00 to the Debtor's attorney for payment of attorney fees.  Due to the apparent lack of complexity of the case, the Trustee is unable to determine whether this is a reasonable fee and would request that Debtor's counsel appear at Confirmation and be prepared to present evidence to the Court regarding the reasonableness of the requested fee.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

Respectfully submitted,

/s/
Maria J. Kirtland,
Attorney for Chapter 13 Trustee
/sh  GA Bar No. 118350

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

Debtor:
Lateice Renee Bumpers
1823 Springhill Cove
Lithonia, GA 30058

Attorney for Debtor:
Robert J. Semrad & Associates, LLC
101 Marietta Street, NW, Suite 3600
Atlanta, GA 30303


with a copy of the foregoing Trustee's Objection by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

THIS THE 26th day of February, 2014

/s/
Maria J. Kirtland,
Attorney for Chapter 13 Trustee
GA Bar No. 118350
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201