IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Lateice Renee Bumpers, | { | CASE NO. 14-50682-WLH |
| | { | |
| Debtor. | { | |

| | | |
|---|---|---|
| IN RE: | { | |
| | { | |
| Lateice Renee Bumpers, | { | |
| | { | |
| Debtor. | { | |
| | { | |
| vs. | { | CONTESTED MATTER |
| | { | |
| Santander Consumer USA, Inc., | { | |
| | { | |
| Respondent. | { | |

**OBJECTION TO CLAIM OF SANTANDER CONSUMER USA, INC.,
CLAIM NO. 6-1**

COMES NOW Debtor, Lateice Renee Bumpers, and hereby Objects to the Proof
of Claim filed by Santander Consumer USA, Inc. in this Chapter 13 Case and shows this
Honorable Court the following:

1.

This case was commenced by the filing of a Voluntary Petition for relief in
Bankruptcy under Chapter 13 of Title 11 of the United States Code January 8, 2014. The
Chapter 13 Plan has not been confirmed.

2.

Respondent, Santander Consumer USA, Inc. filed a Proof of Claim in the amount
of $17,774.58 designated as Claim Number 6-1 on the Claims Docket, on February 25,
2014.

3.

Debtor asserts that the claim filed by Santander Consumer USA, Inc. is a duplicate of claim number 5-1 filed on February 25, 2014. Accordingly, Respondent's Claim should disallowed in its entirety.

4.

Debtor objects to Respondent's Proof of Claim Number 6-1 as filed. Claim should be disallowed in its entirety.

WHEREFORE, Movant prays:

(a) that claim number 6-1 in the amount of $17,774.58 be disallowed in it's entirety; and

(b) for such other and further relief as this Court may deem necessary and proper;

Dated: July 31, 2014

Jonathan Slack          /s/
Jonathan Slack
Attorney for the Debtor
GA Bar No.:441693
Robert J. Semrad & Associates, LLC
101 Marietta Street
36th Floor
Atlanta, GA 30303
(678) 668-7160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Lateice Renee Bumpers, | { | CASE NO. 14-50682-WLH |
| | { | |
| Debtor. | { | |

| | | |
|---|---|---|
| IN RE: | { | |
| | { | |
| Lateice Renee Bumpers, | { | |
| | { | |
| Debtor. | { | |
| | { | |
| vs. | { | CONTESTED MATTER |
| | { | |
| Santander Consumer USA, Inc., | { | |
| | { | |
| Respondent. | { | |

**NOTICE OF REQUIREMENT OF RESPONSE TO
OBJECTION TO CLAIM OF RESPONDENT, CLAIM NO. 6-1;OF DEADLINE
FOR FILING RESPONSE; AND OF HEARING**

  **PLEASE TAKE NOTICE** that Lateice Renee Bumpers has filed an Objection to
the above-referenced claim seeking an Order disallowing this claim.

  <u>**Your rights may be affected**</u>**. You should read these papers carefully and
discuss them with your attorney, if you have one in this bankruptcy case. If you do
not have an attorney, you may wish to consult one.**

  If you do not want the court to grant the relief requested, or if you want the court
to consider your views, on or before thirty days after **July 31, 2014**, you or your attorney
must:

   (1) File with the court a written response, explaining your positions and views as
     to why your claim should be allowed as filed. The written response must
     be filed at the following address:

US Courthouse,
Room 1340,
75 Spring Street, SW,
Atlanta, GA 30303.

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney does not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be canceled and the court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney files a timely response, then a hearing will be held in **Courtroom 1403, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia, at 9:30 am on September 10, 2014.** You or your attorney must attend the hearing and advocate your position.

Dated: July 31, 2014

<u>Jonathan Slack          /s/</u>
Jonathan Slack
Attorney for the Debtor
GA Bar No.:441693
Robert J. Semrad & Associates, LLC
101 Marietta Street
36th Floor
Atlanta, GA 30303
(678) 668-7160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Lateice Renee Bumpers, | { | CASE NO. 14-50682-WLH |
| | { | |
| Debtor. | { | |

_____

| | | |
|---|---|---|
| IN RE: | { | |
| | { | |
| Lateice Renee Bumpers, | { | |
| | { | |
| Debtor. | { | |
| | { | |
| vs. | { | CONTESTED MATTER |
| | { | |
| Santander Consumer USA, Inc., | { | |
| | { | |
| Respondent. | { | |

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am more than eighteen years of age, and that on this day I served a copy of the within Objection to Claim of Santander Consumer USA, Inc., Claim No. 6-1, together with a copy of the foregoing Notice upon the following by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

***Debtor***
Lateice Renee Bumpers
1823 Springhill Cove
Lithonia, GA  30058

***Respondent***
Santander Consumer USA, Inc.
c/o Loren Flangan
PO Box 961245
Ft Worth, TX 76161

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF

Dated: July 31, 2014

Jonathan Slack _____ /s/
Jonathan Slack
Attorney for the Debtor
GA Bar No.:441693
Robert J. Semrad & Associates, LLC
101 Marietta Street
36th Floor
Atlanta, GA 30303
(678) 668-7160