UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LATEICE RENEE BUMPERS | : | CASE NUMBER A14-50682-WLH |
| | : | |
| DEBTOR | : | JUDGE HAGENAU |

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on September 10, 2014:**

As to whether Debtor's plan payments are current

Whether Debtor filed amended Schedule J

**The Attorney for the Trustee has reviewed the case as instructed, and:**

Recommends dismissal because:

The Debtor's plan payments remain delinquent

The Debtor has failed to amend Schedule J

*Please enter an Order of Dismissal*

This the 2nd day of October, 2014

___/s/_____
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar No. 940874
303 Peachtree Center Ave., NE, Ste 120
Atlanta, GA  30303
(678) 992-1201

/kk

# CERTIFICATE OF SERVICE

Case No: A14-50682-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
LATEICE RENEE BUMPERS
1823 SPRINGHILL COVE
LITHONIA, GA 30058

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
ROBERT J. SEMRAD & ASSOCIATES, LLC
rjsatlcourtdocs@gmail.com

This the 2nd day of October, 2014.

/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201